# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| **Darrell Johnson,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No.: 1:23-cv-1637-MOB-MJD |
| | ) |
| **National Credit Adjusters, LLC,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

## PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE

Plaintiff, by counsel, due to having settled the issues of the above-referenced action with the Defendant, herein moves this Court to dismiss this cause of action with prejudice, with each party being responsible for its own respective costs and expenses, including but not limited to attorneys' fees, incurred in connection with this cause.

> Respectfully submitted,
>
>  /s/ John T. Steinkamp
> John T. Steinkamp
> John Steinkamp & Associates
> 5214 S. East St., Ste. D1
> Indianapolis, IN46227
> (317) 780-8300
> (317) 217-1320 fax
> john@johnsteinkampandassociates.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2023 a copy of the foregoing Motion to Dismiss was e-mailed and mailed, by first-class U.S. Mail, postage prepaid and properly addressed to the following:

Xerxes Martin
Martin Golden Lyons Watts Worgan
Counsel for Defendant
8750 N Central Expressway Suite 1850
Dallas, TX 75231
(214) 346-2628
xmartin@mgl.law

Respectfully Submitted,

/s/John T. Steinkamp
John T. Steinkamp
John Steinkamp & Associates
5214 S. East Street, Suite D1
Indianapolis, IN 46227
(317) 780-8300
(317) 217-1320 fax
john@johnsteinkampandassociates.com